474 A.2d 686

Commonwealth v. Cregg, Appellant.

Argued April 11, 1984. Charles F. Gilchrest, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.